

**LYNX OPERATING CO., INC.**

2100 Ross Ave., Suite 860, LB 52, Dallas, TX 75201

Phone: 214 969-5555   Fax: 214 954-0713

December 21, 2015

Regency Field Services LLC
2001 Bryan Street
Suite 3700
Dallas, TX 75201
Attn: Deena Jordan

Re: **production proceeds from Arabella operated wells**

Dear Ms. Jordan,

Craig L. Massey; Box Six Seven Four, L.C.; Evan Energy Investments, LC; EHI, LC; Cavalier Wahoo, LLP; Macfarlane Arabella, LP and Lynx Operating Co., Inc., (herein the "Lynx Group")are working interest owners in wells operated by Arabella Petroleum Company, LLC and/or Arabella Operating, LLC(herein "Arabella") shown on Exhibit "A" hereto (the "Wells".)

As evidenced by the attached letters from Lynx Group members, Lynx Operating Co., Inc. (herein "Lynx") has been authorized to collect proceeds from any purchaser of production.

If Regency Field Services LLC ("Regency") is purchasing, or in the future does purchase, production from these Wells, Lynx asks Regency to suspend the payment of production proceeds attributable to the interests of the Lynx Group in the Wells because Arabella has ceased distributing to us of our share of production proceeds.

This authorization, effective immediately, will be in effect as long as Regency is the purchaser of production from the Wells, or any of them, unless earlier revoked in writing directed to Regency. If you are unable to comply with this request for any reason or have any questions, please contact Will Craine at will@lynxco.biz.

LYNX OPERATING CO., INC.
2100 Ross Ave, Ste 860, Dallas, TX 75201

By: _____

Witness: _____

Witness: _____

**EXHIBIT D**

EXHIBIT "A"
WELLS

Woods #1H
API#42-389-33680
RRC lease # 46602
E/2 of Section 12, Block 51, T-8-S
T&P RR Survey, SA Wood A276
Reeves County, TX

Woods #2H
API#42-389-34154
RRC lease # 46602
W/2 of Section 12, Block 51, T-8-S
T&P RR Survey, SA Wood A276
Reeves County, TX

Jackson #1H
API# 42-475-36553
RRC lease # 45876
W/2 of Section 61, Block 34,
H&TC Survey
Ward County, TX

Graham#1H
API# 42-389-33496
RRC lease # 46329
E/2 W/2 and W/2 E/2 of Section 140, Block 13
H & GN Survey, A2319
Reeves County, TX

Emily Bell #1H
API#42-389-33731
RRC lease # 45458
W/2 of Section 3, Block C-6
Public School Lands Survey
Reeves County, TX

Emily Bell #2H
API#42-389-33840
RRC lease # 45458
E/2 of Section 3, Block C-6
Public School Lands Survey
Reeves County, TX

Vastar-State #1
API# 42-389-33733
RRC lease # 47053
W/2 of Section 46, Block 5
H&GN Survey, TB Pruett A4873



**Box Six Seven Four, L.C.**
5002 Monument Avenue, Richmond, VA 23220
P.O. Box 674, Richmond, VA 23218-0674
Phone: (804) 648-1611 (ext. 15)
cmassey@evanenergy.com

December 20, 2013

To Whom It May Concern:

Box Six Seven Four, L.C., is a working interest owner in the wells operated by Arabella Petroleum Company, LLC ("Arabella) described on Exhibit "A" attached hereto (the "Subject Wells").

We have given to Lynx Operating Co., Inc. ("Lynx"), and by this letter acknowledge that we have given to Lynx, the right to collect our proceeds from the Subject Wells from the purchasers thereof.

We hereby authorize purchasers to pay to Lynx the proportionate share of proceeds attributable to our working interests in the Subject Wells, effectively immediately. This authorization will be in effect as long as Box Six Seven Four, L.C. is a working interest owner in the Subject Wells, unless earlier revoked in writing.

Box Six Seven Four, L.C.
5002 Monument Avenue, Richmond, VA 23230

By: Craig L. Massey
Witness: David H. Jim
Witness: Debra Schulze

Lynx Operating Co., Inc. hereby agrees to accept Box Six Seven Four's production proceeds as instructed herein and disburse them to Box Six Seven Four.

LYNX OPERATING CO., INC.

By:
Witness:
Witness:

# EVAN ENERGY INVESTMENTS, LC

5002 Monument Avenue
Richmond, VA 23230
Phone: (804) 648-1611 (ext. 15)
cmassey@evanenergy.com

December 20, 2013

To Whom It May Concern:

Evan Energy Investments, LC ("Evan") is a working interest owner in the wells operated by Arabella Petroleum Company, LLC ("Arabella") described on Exhibit "A" attached hereto (the "Subject Wells").

We have given to Lynx Operating Co., Inc. ("Lynx"), and by this letter acknowledge that we have given to Lynx, the right to collect our proceeds from the Subject Wells from the purchasers thereof.

We hereby authorize purchasers to pay to Lynx the proportionate share of proceeds attributable to our working interests in the Subject Wells, effectively immediately. This authorization will be in effect as long as Evan is a working interest owner in the Subject Wells, unless earlier revoked in writing.

Evan Energy Investments, LC
5002 Monument Avenue, Richmond, VA 23230

By: _Craig L. Massey_
Witness: _David H. Jun_
Witness: _Debra Schulze_

Lynx Operating Co., Inc. hereby agrees to accept Evan's production proceeds as instructed herein and disburse them to Evan.

LYNX OPERATING CO., INC.

By: _Will Godwin_
Witness: _[signature]_
Witness: _E D deFrann_

# CRAIG L. MASSEY

5002 Monument Avenue
Richmond, VA 23230
Phone: (804) 648-1611 (ext. 15)
cmassey@evanenergy.com

December 20, 2013

To Whom It May Concern:

Craig Massey, individually, is a working interest owner in the wells operated by Arabella Petroleum Company, LLC ("Arabella) described on Exhibit "A" attached hereto (the "Subject Wells").

We have given to Lynx Operating Co., Inc. ("Lynx"), and by this letter acknowledge that we have given to Lynx, the right to collect our proceeds from the Subject Wells from the purchasers thereof.

We hereby authorize purchasers to pay to Lynx the proportionate share of proceeds attributable to our working interests in the Subject Wells, effectively immediately. This authorization will be in effect as long as Craig Massey, individually, is a working interest owner in the Subject Wells, unless earlier revoked in writing.

Craig Massey, individually
5002 Monument Avenue, Richmond, VA 23230

By: Craig L. Massey
Witness: David H Fen
Witness: Debra Schulze

Lynx Operating Co., Inc. hereby agrees to accept Craig Massey's production proceeds as instructed herein and disburse them to Craig Massey.

LYNX OPERATING CO., INC.

By:
Witness:
Witness: C D deFranc

**LYNX PRODUCTION COMPANY, INC**

2100 Ross Ave., Ste. 860 LB 52   Dallas, Texas 75201
phone 214.969.5555   fax 214.954.0725

December 31, 2013

To Whom It May Concern:

Lynx Production Company, Inc. ("Lynx") is a working interest owner in the wells operated by Arabella Petroleum Company, LLC ("Arabella) described on Exhibit "A" attached hereto (the "Subject Wells").

By this we authorize purchaser to pay to directly to Lynx Operating Co., Inc. the proportionate share of proceeds attributable to our working interest in the Subject Wells, effectively immediately. This authorization will be in effect as long as Lynx is a working interest owner in the Subject Wells, unless earlier revoked in writing.

LYNX PRODUCTION COMPANY, INC.

By: _____

Witness: _____

Witness: _____

Cavalier Wahoo, LLP
3190 Brandy Station SE
Atlanta, GA 30339

To Whom It May Concern:

Cavalier Wahoo, LLP ("Cavalier") is a working interest owner in the wells operated by Arabella Petroleum Company, LLC ("Arabella") described in Exhibit "A" Attached hereto (the "Subject Wells").

We have given to Lynx Operating Co., Inc. ("Lynx"), and by this letter acknowledge that we have given to Lynx, the right to collect our proceeds from the Subject Wells from the purchasers thereof.

We hereby authorize purchasers to pay to Lynx the proportionate share of proceeds attributable to our working interest in the Subject Wells, effectively immediately. This authorization will be in effect as long as Cavalier is a working interest owner in the Subject Wells, unless earlier revoked in writing.

Cavalier Wahoo, LLP                 3190 Brandy Station SE Atlanta, GA 3033

By: _Rucker McCarty_

Witness: _Ausley Cramer_

Witness: _Claudia Gray_

Lynx Operating Co., Inc. hereby agrees to accept payment of Cavalier's production proceeds as instructed herein and disburse them to Cavalier.

Lynx Operating Co., Inc.

By: _Will Griffin_

Witness: _____

Witness: _CD deFrance_

# M A C F A R L A N E   I N V E S T M E N T S   L L C

December 21, 2013

To Whom It May Concern:

Macfarlane Arabella LLP ("Macfarlane") is a working interest owner in the wells operated by Arabella Petroleum Company, LLC ("Arabella) described on Exhibit "A" attached hereto (the "Subject Wells").

We have given to Lynx Operating Co., Inc. ("Lynx"), and by this letter acknowledge that we have given to Lynx, the right to collect our proceeds from the Subject Wells from the purchasers thereof.

We hereby authorize purchaser to pay to Lynx the proportionate share of proceeds attributable to our working interest in the Subject Wells, effectively immediately. This authorization will be in effect as long as Macfarlane is a working interest owner in the Subject Wells, unless earlier revoked in writing.

Macfarlane Arabella LLP,     71 Five Mile River Road Darien, CT 06820

_____
John G. Macfarlane III, General Partner and Manager

Witness: _____
Dudley W. Macfarlane

Witness: _____
Brian D. Macfarlane

Lynx Opearting Co., Inc. hereby agrees to accept payment of Macfarlane's production proceeds as instructed herein and disburse them to Macfarlane.

LYNX OPERATING CO., INC.

By: _____
Witness: _____

Witness: _____

John G. Macfarlane, III • jmac@macinvestllc.com • +1 (917) 886-0817 • 71 Five Mile River Road, Darien, CT 06820

# EHI, LC

Suite 300  117 South 14th Street  Richmond, Virginia 23219  (804) 783-1010  FAX (804) 649-9396  ivor@triadlc.com

December 19, 2013

To Whom It May Concern:

EHI, LC ("EHI") is a working interest owner in the wells operated by Arabella Petroleum Company, LLC ("Arabella) described on Exhibit "A" attached hereto (the "Subject Wells").

We have given to Lynx Operating Co., Inc. ("Lynx"), and by this letter acknowledge that we have given to Lynx, the right to collect our proceeds from the Subject Wells from the purchasers thereof.

We hereby authorize purchasers to pay to Lynx the proportionate share of proceeds attributable to our working interest in the Subject Wells, effective immediately. This authorization will be in effect as long as EHI is a working interest owner in the Subject Wells, unless earlier revoked in writing.

EHI, LC, 117 South 14th St., Ste 300, Richmond, VA 23219

By: _Ivor Massey Jr, Managing Member_
Witness: _Helen M Hicks_
Witness: _[signature]_

Lynx Opearting Co., Inc. hereby agrees to accept payment of EHI's production proceeds as instructed herein and disburse them to EHI.

LYNX OPERATING CO., INC.

By: _[signature]_
Witness: _C. DeFranc_
Witness: _Brenda Haney_