Mail to: Regency Gas Services, LLC
    Attn: ANDREA PINEDA
    8111 Westchester Dr,
    Suite 600,
    Dallas, TX 75225

OR Fax to: (214) 750-1749
    Attn: ANDREA PINEDA

Address Corrections:

Attention Dept: _____

Street/P.O Box: _____

City, State, Zip: _____

Address No: 318041   Change Requested by: _____

Phone: _____

ARABELLA OPERATING, LLC
509 PECAN STREET, SUITE 200
FORT WORTH, TX 76102

**EXHIBIT E**



### Lease & Contract Information

| Plant Name | Gathering System Name | Production Date: | Accounting Date: | Lease Name | Allocation Decimal | Meter Number | State | County | Contract Number | Pressure Base |
|---|---|---|---|---|---|---|---|---|---|---|
| WAHA | | 3/2016 | 3/2016 | WOODS #1 H | 1.0000000 | 578981112 * | TX | REEVES | 0264GGP 0 | 14.650 |

Ctr Pty No: 31804 1
Ctr Pty Nm: ARABELLA OPERATING, LLC
Opr No: 31561 1
Opr Nm: ARABELLA PETROLEUM COMPANY

### Settlement Summary

| Keepwhole Volume | Wellhead Gas Value | Residue Value | Product Value | Gross Value | Fees & Adjustments | Total Taxes | Tax Reimbursement | Net Value |
|---|---|---|---|---|---|---|---|---|
| 0.00 | $0.00 | $2,981.80 | $3,910.56 | $6,892.36 | $2,754.33 | $312.31 | $0.00 | $3,825.72 |

### Wellhead Information

| | MCF: | MMBTU: |
|---|---|---|
| Gross Wellhead: | 13,343.73 | 17,502.47 |
| Split Decimal: | 1.000000 | |
| Gas Lift: | 10,098.30 | 13,334.80 |
| Bypass Gas: | | |
| Producer WH: | 13,343.73 | 17,502.47 |
| Inlet | | |
| Net Delivered: | 2,939.10 | 3,855.09 |
| BTU As Del: | 1.3117 | |
| BTU Dry: | 1.3117 | |
| BTU Wet: | 1.2893 | |

### Product Settlement

| | Theoretical Gallons | Recovery Fraction | GPM | Allocated Gallons | Shrink | Net % Share | Settlement Volume | Price | Product Value |
|---|---|---|---|---|---|---|---|---|---|
| ETHANE | 10,133.14 | 63.5600 | 3.4477 | 6,440.62 | 427.27 | 87.00 | 5,603.34 | $0.0629 | $352.43 |
| PROPANE | 6,518.34 | 95.5000 | 2.2178 | 6,225.01 | 569.98 | 87.00 | 5,415.76 | $0.3389 | $1,835.50 |
| ISO BUTANE | 678.05 | 97.0000 | 0.2307 | 657.71 | 65.53 | 87.00 | 572.21 | $0.4369 | $250.01 |
| NORMAL BUTANE | 1,968.90 | 97.0000 | 0.6699 | 1,909.84 | 198.13 | 87.00 | 1,661.56 | $0.4337 | $720.60 |
| PENTANES PLUS | 1,183.87 | 97.0000 | 0.4028 | 1,148.35 | 128.89 | 87.00 | 999.07 | $0.7527 | $752.02 |
| | 20,482.30 | | 6.9689 | 16,381.53 | 1,389.80 | | 14,251.94 | | 3,910.56 |

### Residue Allocation

| | | |
|---|---|---|
| Shrink MMBTU: | 1,389.80 | Residue Returned: 0.00 |
| Plant Fuel/Flare/UA MMBTU: | 154.20 | |

### Residue Settlement

| Settlement Residue MCF/MMB | Contract % | Price | Residue Value |
|---|---|---|---|
| 2,252.57 / 2,311.10 | 87.00 | $1.4830 | 2,981.80 |

### Taxes

| Tax Type | Taxed Quantity | Tax Rate | Tax Due |
|---|---|---|---|
| TXSV | 4,138.03 | $0.0750 | $310.35 |
| TXRF | 2,939.10 | $0.0007 | $1.96 |
| Total | 7,077.13 | 0.08 | 312.31 |

### Fees & Adjustments

| | Basis | Rate | Value |
|---|---|---|---|
| GATHERING | 17,502.47 | $0.1574 | $2,754.33 |
| Total | 17,502.47 | | 2,754.33 |

### Gas Analysis Information

| Components | Mol % | GPM |
|---|---|---|
| Water | 0.0000 | |
| H2S | 0.0005 | |
| Nitrogen | 1.4798 | |
| Carbon Dioxide | 0.2899 | |
| Other Inerts | 0.0000 | |
| Methane | 73.3804 | |
| Ethane | 12.9135 | 3.4477 |
| Propane | 8.0636 | 2.2178 |
| Iso Butane | 0.7061 | 0.2307 |
| Nor Butane | 2.1284 | 0.6699 |
| Iso Pentane | 0.3357 | 0.1226 |
| Nor Pentane | 0.3481 | 0.1260 |
| Hexane | 0.3540 | 0.1542 |
| Totals | 100.0000 | 6.9689 |

### Plant Contact

Contact Name:
ANDREA PINEDA
Contact Phone No.:
(817)-302-9792

### Comments



### Lease & Contract Information

| Plant Name | Gathering System Name | Production Date: | Accounting Date: | Lease Name | Allocation Decimal | Meter Number | State | County | Contract Number | Pressure Base |
|---|---|---|---|---|---|---|---|---|---|---|
| WAHA | | 3/2016 | 3/2016 | JACKSON #1H | 1.0000000 | 578981153 * | TX | WARD | 0264GGP 0 | 14.650 |

| Ctr Pty No: | 31804 1 |
|---|---|
| Ctr Pty Nm: | ARABELLA OPERATING, LLC |
| Opr No: | 31804 1 |
| Opr Nm: | ARABELLA OPERATING, LLC |

### Settlement Summary

| Keepwhole Volume | Wellhead Gas Value | Residue Value | Product Value | Gross Value | Fees & Adjustments | Total Taxes | Tax Reimbursement | Net Value |
|---|---|---|---|---|---|---|---|---|
| 0.00 | $0.00 | $1,247.30 | $1,969.78 | $3,217.08 | $313.25 | $0.00 | $0.00 | $2,903.83 |

### Wellhead Information

| | MCF: | MMBTU: |
|---|---|---|
| Gross Wellhead: | 1,484.24 | 1,990.53 |
| Split Decimal: | 1.000000 | |
| Gas Lift: | 141.01 | 175.83 |
| Bypass Gas: | | |
| Producer WH: | 1,484.24 | 1,990.53 |
| Inlet | | |
| Net Delivered: | 1,251.65 | 1,678.60 |
| BTU As Del: | | 1.3411 |
| BTU Dry: | | 1.3411 |
| BTU Wet: | | 1.3182 |

### Product Settlement

| | Theoretical Gallons | Recovery Fraction | GPM | Allocated Gallons | Shrink | Net % Share | Settlement Volume | Price | Product Value |
|---|---|---|---|---|---|---|---|---|---|
| ETHANE | 4,251.60 | 63.5600 | 3.3968 | 2,702.32 | 179.27 | 87.00 | 2,351.02 | $0.0629 | $147.87 |
| PROPANE | 2,673.40 | 95.5000 | 2.1359 | 2,553.10 | 233.77 | 87.00 | 2,221.19 | $0.3389 | $752.81 |
| ISO BUTANE | 366.11 | 97.0000 | 0.2925 | 355.12 | 35.38 | 87.00 | 308.96 | $0.4369 | $134.99 |
| NORMAL BUTANE | 955.13 | 97.0000 | 0.7631 | 926.48 | 96.11 | 87.00 | 806.04 | $0.4337 | $349.57 |
| PENTANES PLUS | 920.21 | 97.0000 | 0.7352 | 892.61 | 100.18 | 87.00 | 776.57 | $0.7527 | $584.54 |
| | 9,166.45 | | 7.3235 | 7,429.63 | 644.71 | | 6,463.78 | | 1,969.78 |

### Residue Allocation

| Shrink MMBTU: | 644.71 |
|---|---|
| Plant Fuel/Flare/UA MMBTU: | 67.14 |

Residue Returned: 0.00

### Residue Settlement

| Settlement Residue MCF/MMB | Contract % | Price | Residue Value |
|---|---|---|---|
| 942.25 / 966.75 | 87.00 | $1.4830 | 1,247.30 |

### Taxes

| Tax Type | Taxed Quantity | Tax Rate | Tax Due |
|---|---|---|---|
| Total | 0.00 | 0.00 | 0.00 |

### Fees & Adjustments

| | Basis | Rate | Value |
|---|---|---|---|
| GATHERING | 1,990.53 | $0.1574 | $313.25 |
| Total | 1,990.53 | | 313.25 |

### Gas Analysis Information

| Components | Mol % | GPM |
|---|---|---|
| Water | 0.0000 | |
| H2S | 0.0010 | |
| Nitrogen | 1.0573 | |
| Carbon Dioxide | 1.2126 | |
| Other Inerts | 0.0000 | |
| Methane | 72.0439 | |
| Ethane | 12.7187 | 3.3968 |
| Propane | 7.7634 | 2.1359 |
| Iso Butane | 0.8949 | 0.2925 |
| Nor Butane | 2.4239 | 0.7631 |
| Iso Pentane | 0.6336 | 0.2314 |
| Nor Pentane | 0.5590 | 0.2024 |
| Hexane | 0.6917 | 0.3014 |
| Totals | 100.0000 | 7.3235 |

### Plant Contact

Contact Name:
ANDREA PINEDA
Contact Phone No.:
(817)-302-9792

### Comments



### Lease & Contract Information

| Plant Name | Gathering System Name | Production Date: | Accounting Date: | Lease Name | Allocation Decimal | Meter Number | State | County | Contract Number | Pressure Base |
|---|---|---|---|---|---|---|---|---|---|---|
| WAHA | | 3/2016 | 3/2016 | EMILY BELL CRP | 1.0000000 | 578981171 * | TX | PECOS | 0264GGP 0 | 14.650 |

Ctr Pty No: 31804 1
Ctr Pty Nm: ARABELLA OPERATING, LLC
Opr No: 31561 1
Opr Nm: ARABELLA PETROLEUM COMPANY

### Settlement Summary

| Keepwhole Volume | Wellhead Gas Value | Residue Value | Product Value | Gross Value | Fees & Adjustments | Total Taxes | Tax Reimbursement | Net Value |
|---|---|---|---|---|---|---|---|---|
| 0.00 | $0.00 | $5,734.64 | $4,679.67 | $10,414.31 | $1,086.69 | $0.00 | $0.00 | $9,327.62 |

### Wellhead Information

| | MCF: | MMBTU: |
|---|---|---|
| Gross Wellhead: | 5,697.16 | 6,905.38 |
| Split Decimal: | 1.000000 | |
| Bypass Gas: | | |
| Producer WH: | 5,697.16 | 6,905.38 |
| Inlet | | |
| Net Delivered: | 5,269.87 | 6,387.48 |
| BTU As Del: | 1.2121 | |
| BTU Dry: | 1.2121 | |
| BTU Wet: | 1.1913 | |

### Product Settlement

| | Theoretical Gallons | Recovery Fraction | GPM | Allocated Gallons | Shrink | Net % Share | Settlement Volume | Price | Product Value |
|---|---|---|---|---|---|---|---|---|---|
| ETHANE | 13,902.97 | 63.5600 | 2.6382 | 8,836.73 | 586.23 | 87.00 | 7,687.95 | $0.0629 | $483.54 |
| PROPANE | 6,885.61 | 95.5000 | 1.3066 | 6,575.76 | 602.10 | 87.00 | 5,720.91 | $0.3389 | $1,938.93 |
| ISO BUTANE | 834.75 | 97.0000 | 0.1584 | 809.70 | 80.67 | 87.00 | 704.44 | $0.4369 | $307.79 |
| NORMAL BUTANE | 2,220.20 | 97.0000 | 0.4213 | 2,153.59 | 223.41 | 87.00 | 1,873.62 | $0.4337 | $812.58 |
| PENTANES PLUS | 1,789.65 | 97.0000 | 0.3396 | 1,735.96 | 194.84 | 87.00 | 1,510.28 | $0.7527 | $1,136.83 |
| | 25,633.18 | | 4.8641 | 20,111.74 | 1,687.25 | | 17,497.20 | | 4,679.67 |

### Residue Allocation

| | | |
|---|---|---|
| Shrink MMBTU: | | 1,687.25 |
| Plant Fuel/Flare/UA MMBTU: | | 255.50 |

Residue Returned: 0.00

### Residue Settlement

| Settlement Residue MCF/MMB | Contract % | Price | Residue Value |
|---|---|---|---|
| 4,332.17 / 4,444.74 | 87.00 | $1.4830 | 5,734.64 |

### Taxes

| Tax Type | Taxed Quantity | Tax Rate | Tax Due |
|---|---|---|---|
| Total | 0.00 | 0.00 | 0.00 |

### Fees & Adjustments

| | Basis | Rate | Value |
|---|---|---|---|
| GATHERING | 6,905.38 | $0.1574 | $1,086.69 |
| Total | 6,905.38 | | 1,086.69 |

### Gas Analysis Information

| Components | Mol % | GPM |
|---|---|---|
| Water | 0.0000 | |
| H2S | 0.0000 | |
| Nitrogen | 1.2145 | |
| Carbon Dioxide | 0.3540 | |
| Other Inerts | 0.0000 | |
| Methane | 81.1016 | |
| Ethane | 9.8885 | 2.6382 |
| Propane | 4.7541 | 1.3066 |
| Iso Butane | 0.4852 | 0.1584 |
| Nor Butane | 1.3397 | 0.4213 |
| Iso Pentane | 0.2408 | 0.0879 |
| Nor Pentane | 0.2566 | 0.0928 |
| Hexane | 0.3650 | 0.1589 |
| Totals | 100.0000 | 4.8641 |

### Plant Contact

Contact Name:
ANDREA PINEDA
Contact Phone No.:
(817)-302-9792

### Comments

Mail to: Regency Gas Services, LLC  
    Attn: MIKE MOROGIELLO  
    8111 Westchester Dr,  
    Suite 600,  
    Dallas, TX 75225

OR Fax to: (214) 750-1749  
    Attn: MIKE MOROGIELLO

Address Corrections:  
    Attention Dept: _____  
    Street/P.O Box: _____  
    City, State, Zip: _____

Address No: 315611  Change Requested by: _____

Phone: _____

ARABELLA PETROLEUM COMPANY  
509 PECAN STREET, SUITE 200  
FORT WORTH, TX 76102



## Lease & Contract Information

| Plant Name | Gathering System Name | Production Date: | Accounting Date: | Lease Name | Allocation Decimal | Meter Number | State | County | Contract Number | Pressure Base |
|---|---|---|---|---|---|---|---|---|---|---|
| COYANOSA PLANT | | 3/2016 | 3/2016 | SEC 23 CDP | 1.0000000 | 80393 01 | TX | REEVES | 01P270 0 | 14.650 |

Ctr Pty No: 31561 1
Ctr Pty Nm: ARABELLA PETROLEUM COMPANY
Opr No: 31804 1
Opr Nm: ARABELLA OPERATING, LLC

### Settlement Summary

| Keepwhole Volume | Wellhead Gas Value | Residue Value | Product Value | Gross Value | Fees & Adjustments | Total Taxes | Tax Reimbursement | Net Value |
|---|---|---|---|---|---|---|---|---|
| 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 | $0.00 | $-250.00 |

### Wellhead Information

| | MCF | MMBTU |
|---|---|---|
| Gross Wellhead: | 0.00 | 0.00 |
| Split Decimal: | 1.000000 | |
| Bypass Gas: | | |
| Producer WH: | 0.00 | |
| Inlet | | |
| Net Delivered: | 0.00 | 0.00 |
| BTU As Del: | 1.2327 | |
| BTU Dry: | 1.2685 | |
| BTU Wet: | 1.2468 | |

### Product Settlement

| Theoretical Gallons | Recovery Fraction | GPM | Allocated Gallons | Shrink | Net % Share | TIK Gallons | Price | Product Value |
|---|---|---|---|---|---|---|---|---|
| | 95.0000 | | | | 84.00 | | $0.0000 | |
| 0.00 | | 5.4006 | 0.00 | 0.00 | | 0.00 | | 0.00 |

### Residue Allocation

| Shrink MMBTU: | 0.00 | Residue Returned: | 0.00 |
|---|---|---|---|
| Plant Fuel/Flare/UA MMBTU: | 0.00 | | |

### Residue Settlement

| Settlement Residue MCF/MMB | Contract % | Price | Residue Value |
|---|---|---|---|
| 0.00 / 0.00 | 84.00 | $1.5200 | 0.00 |

### Taxes

| Tax Type | Taxed Quantity | Tax Rate | Tax Due |
|---|---|---|---|
| TXRF | 0.00 | $0.0007 | $0.00 |
| TXSV | 0.00 | $0.0750 | $0.00 |
| Total | 0.00 | 0.08 | 0.00 |

### Fees & Adjustments

| | Basis | Rate | Value |
|---|---|---|---|
| METERING FEE | 1.00 | $250.0000 | $250.00 |
| TREATING | 0.00 | $0.0000 | $0.00 |
| Total | 1.00 | | 250.00 |

### Gas Analysis Information

| Components | Mol % | GPM |
|---|---|---|
| Water | 2.6930 | |
| H2S | 0.1074 | |
| Nitrogen | 0.8035 | |
| Carbon Dioxide | 0.2096 | |
| Other Inerts | 0.0000 | |
| Methane | 77.3063 | |
| Ethane | 9.9718 | 2.6616 |
| Propane | 4.9470 | 1.3602 |
| Iso Butane | 0.5700 | 0.1862 |
| Nor Butane | 1.6544 | 0.5205 |
| Iso Pentane | 0.3854 | 0.1407 |
| Nor Pentane | 0.4814 | 0.1742 |
| Hexane | 0.8704 | 0.3572 |
| Totals | 100.0002 | 5.4006 |

### Plant Contact

Contact Name:
MIKE MOROGIELLO
Contact Phone No.:
(214)-840-5504

### Comments



## Lease & Contract Information

| Plant Name | Gathering System Name | Production Date: | Accounting Date: | Lease Name | Allocation Decimal | Meter Number | State | County | Contract Number | Pressure Base |
|---|---|---|---|---|---|---|---|---|---|---|
| COYANOSA PLANT | | 3/2016 | 3/2016 | GRAHAM #1H | 1.0000000 | 80399 01 | TX | | 01P270 0 | 14.650 |

Ctr Pty No: 31561 1
Ctr Pty Nm: ARABELLA PETROLEUM COMPANY
Opr No: 31804 1
Opr Nm: ARABELLA OPERATING, LLC

### Settlement Summary

| Keepwhole Volume | Wellhead Gas Value | Residue Value | Product Value | Gross Value | Fees & Adjustments | Total Taxes | Tax Reimbursement | Net Value |
|---|---|---|---|---|---|---|---|---|
| 0.00 | $0.00 | $1,275.80 | $1,544.90 | $2,820.70 | $0.00 | $212.56 | $0.00 | $2,608.14 |

### Wellhead Information

| | MCF: | MMBTU: |
|---|---|---|
| Gross Wellhead: | 1,621.60 | 2,067.70 |
| Split Decimal: | 1.000000 | |
| Gas Lift: | 114.20 | 139.60 |
| Bypass Gas: | | |
| Producer WH: | 1,621.60 | 2,067.70 |
| Inlet | | |
| Net Delivered: | 1,507.40 | 1,928.10 |
| BTU As Del: | 1.2751 | |
| BTU Dry: | 1.2969 | |
| BTU Wet: | 1.2747 | |

### Product Settlement

| | Theoretical Gallons | Recovery Fraction | GPM | Allocated Gallons | Shrink | Net % Share | Settlement Volume | Price | Product Value |
|---|---|---|---|---|---|---|---|---|---|
| ETHANE | 4,676.41 | 75.0000 | 3.1023 | 3,507.31 | 232.67 | 84.00 | 2,946.14 | $0.0238 | $70.07 |
| PROPANE | 2,728.54 | 92.0000 | 1.8101 | 2,510.26 | 229.85 | 84.00 | 2,108.62 | $0.2973 | $626.84 |
| ISO BUTANE | 339.92 | 95.0000 | 0.2255 | 322.92 | 32.17 | 84.00 | 271.26 | $0.3973 | $107.78 |
| NORMAL BUTANE | 982.07 | 95.0000 | 0.6515 | 932.97 | 96.79 | 84.00 | 783.69 | $0.3636 | $284.98 |
| PENTANES PLUS | 802.24 | 95.0000 | 0.5322 | 762.12 | 86.75 | 84.00 | 640.18 | $0.7111 | $455.23 |
| | 9,529.18 | | 6.3216 | 8,035.58 | 678.23 | | 6,749.89 | | 1,544.90 |

### Residue Allocation

| Shrink MMBTU: | 678.23 |
|---|---|
| Plant Fuel/Flare/UA MMBTU: | 250.65 |

Residue Returned: 0.00

### Residue Settlement

| Settlement Residue MCF/MMB | Contract % | Price | Residue Value |
|---|---|---|---|
| 980.29 / 999.21 | 84.00 | $1.5200 | 1,275.80 |

### Taxes

| Tax Type | Taxed Quantity | Tax Rate | Tax Due |
|---|---|---|---|
| TXRF | 1,507.40 | $0.0007 | $1.01 |
| TXSV | 2,820.70 | $0.0750 | $211.55 |
| Total | 4,328.10 | 0.08 | 212.56 |

### Fees & Adjustments

| | Basis | Rate | Value |
|---|---|---|---|
| TREATING | 1,621.60 | $0.0000 | $0.00 |
| Total | 1,621.60 | | 0.00 |

### Gas Analysis Information

| Components | Mol % | GPM |
|---|---|---|
| Water | 1.7502 | |
| H2S | 0.0098 | |
| Nitrogen | 1.2754 | |
| Carbon Dioxide | 0.2507 | |
| Other Inerts | 0.0000 | |
| Methane | 74.3991 | |
| Ethane | 11.6210 | 3.1023 |
| Propane | 6.5819 | 1.8101 |
| Iso Butane | 0.6903 | 0.2255 |
| Nor Butane | 2.0702 | 0.6515 |
| Iso Pentane | 0.3607 | 0.1317 |
| Nor Pentane | 0.4207 | 0.1522 |
| Hexane | 0.5700 | 0.2483 |
| Totals | 100.0000 | 6.3216 |

### Plant Contact

Contact Name: MIKE MOROGIELLO
Contact Phone No.: (214)-840-5504

### Comments