UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ARABELLA PETROLEUM COMPANY, LLC | § § § § | Case No. 15-70098 |
|    Debtor. | § | Chapter 11 |
| ETC FIELD SERVICES LLC, | § § § | |
|    Plaintiff, | § § | |
| v. | § § | Adv. No. 16 - _____ |
| ARABELLA PETROLEUM COMPANY, LLC, ARABELLA OPERATING COMPANY, LLC, LYNX OPERATING CO., INC., BOX SIX SEVEN FOUR, L.C., EVAN ENERGY INVESTMENTS, LC CRAIG L. MASSEY, LYNX PRODUCTION COMPANY, INC., CAVALIER WAHOO, LLP, MACFARLANE ARABELLA, LLP, AND EHI, LLC, | § § § § § § § § § § § | |
|    Defendants. | § § | |

**ORDER AUTHORIZING ETC FIELD SERVICES, LLC TO INTERPLEAD
FUNDS TO THE REGISTRY OF THE COURT**

Upon consideration of ETC Field Services, LLC's ("ETC") Complaint in Interpleader, the Court finds that ETC has satisfied the requirements of Rule 22 as to the Funds.[1] It is therefore:

ORDERED that ETC shall deposit the $9,087.69 in Funds currently due and owing under the Agreements into the registry of the Court within 14 days from the entry of this Order; and it is further

---

[1] All capitalized terms are given the meaning ascribed to them in the Complaint.

1

5496853v3

ORDERED that ETC shall continue to deposit all Funds which subsequently become due and owing under the Agreements into the registry of the Court within 14 days of the date such payment becomes due; and it is further

ORDERED that ETC's ongoing obligation to deposit Funds into the registry of the Court shall terminate upon the earlier of (i) termination of the Agreements, (ii) a settlement between the Defendants approved by this Court, or (iii) a judgment in this adversary proceeding determining the Defendants' rights to the Funds; and it is further

ORDERED that ETC is discharged from all liability relating to payment of the Funds; and it is further

ORDERED that ETC is awarded its reasonable costs and attorney's fees incurred in connection with the prosecution of this interpleader action in the amount of $_____; and it is further

ORDERED that ETC is authorized to deduct such fees and expenses from the Funds which will be subsequently deposited into the registry of the Court.

SIGNED on this _____ day of _____, 2016.

_____
HON. RONALD B. KING
CHIEF UNITED STATES BANKRUPTCY JUDGE

5496853v3